UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKLIN FERNELIS PEREZ JIMENEZ, ATONIO POLANCO, and CARLOS ANDRES PENA TAVAREZ,<br><br>        Plaintiffs,<br><br>  -against-<br><br>FUTURE EQUIMENT INC., WILNER MONDOR, and MICHAL'S QUALITY TRANSPORTATION INC.,<br><br>        Defendants. | 26-CV-02894 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 22, 2026, I ordered Plaintiffs to respond to Defendants' counterclaims by May 1, 2026. (*See* ECF 7.) Plaintiffs have not complied. Accordingly, I am nunc pro tunc extending the deadline for Plaintiffs to file their response to Defendants' counterclaims to **May 6, 2026**.

DATED:  May 5, 2026           SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**