UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKLIN FERNELIS PEREZ JIMENEZ, ATONIO POLANCO, and CARLOS ANDRES PENA TAVAREZ, <br><br> Plaintiffs, <br><br> -against- <br><br> FUTURE EQUIMENT INC., WILNER MONDOR, and MICHAL'S QUALITY TRANSPORTATION INC., <br><br> Defendants. | 26-CV-02894 (JHR) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 22, 2026, I ordered Defendants to file a letter on the docket indicating whether or not they intended to move to disqualify Plaintiffs' counsel. (*See* ECF 7.) Defendants have not complied. Accordingly, I am nunc pro tunc extending the deadline for Defendants to file the aforementioned letter to **May 12, 2026**.

DATED:  May 11, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**