UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN FERNELIS PEREZ JIMENEZ, ATONIO
POLANCO, and CARLOS ANDRES PENA
TAVAREZ,

                Plaintiffs,

    -against-

FUTURE EQUIMENT INC., WILNER MONDOR,
and MICHAL'S QUALITY TRANSPORTATION
INC.,

                Defendants.

26-CV-02894 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 22, 2026, I ordered the parties to file their Report of Rule 26(f) Meeting and Proposed Case Management Plan by May 19, 2026. (*See* ECF 7.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for Defendants to file their Report of Rule 26(f) Meeting and Proposed Case Management Plan to **May 22, 2026**.

DATED:  May 21, 2026
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**