UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKLIN FERNELIS PEREZ JIMENEZ, ATONIO POLANCO, and CARLOS ANDRES PENA TAVAREZ,<br><br>       Plaintiffs,<br><br>  -against-<br><br>FUTURE EQUIMENT INC., WILNER MONDOR, and MICHAL'S QUALITY TRANSPORTATION INC.,<br><br>       Defendants. | 26-CV-02894 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of Defendants' motion to disqualify Plaintiffs' counsel (ECF 15), this matter is stayed until **July 2, 2026**. Accordingly, the initial case management conference scheduled for May 26, 2026 is adjourned sine die. Plaintiffs' opposition to that motion is due on **June 16, 2026**, and Defendants' reply, if any, is due on **June 23, 2026**.

If any defendants intend to file a motion for judgment on the pleadings, as suggested by the proposed case management order, and if the stay of proceedings is lifted on July 2, 2026, such motion shall be filed by **July 20, 2026;** with the opposition due by **August 14, 2026**; and the reply due by **August 21, 2026**.

DATED:  May 22, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**