UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN FERNELIS PEREZ JIMENEZ, ATONIO POLANCO, and CARLOS ANDRES PENA TAVAREZ,

Plaintiffs,

-against-

FUTURE EQUIMENT INC., WILNER MONDOR, and MICHAL'S QUALITY TRANSPORTATION INC.,

Defendants.

26-CV-02894 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on August 11, 2026, the parties shall meet and confer and file a joint proposed amended case management plan by **August 19, 2026**; the parties shall also meet and confer on any discovery disputes before raising those issues by letter with the Court.

DATED: August 13, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**